IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROMEO ENTERTAINMENT GROUP, INC., a Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:08CV481 |
| SHOWING ANIMALS RESPECT AND KINDNESS, INC., d/b/a SHARK, an Illinois Corporation, et al., | ) ) ) ) | ORDER |
| Defendants. | ) | |

    This matter is before the magistrate judge for full pretrial supervision. On October 31, 2008, the parties were sent a scheduling packet directing them to confer pursuant to Fed. R. Civ. P. 26(f) and file their report with the court no later than December 15, 2008. Plaintiff subsequently filed a motion for remand (Doc. 14) and SHARK filed a motion to dismiss for lack of personal jurisdiction (Doc. 16). SHARK requests that discovery be stayed pending the court's ruling on these motions. The court finds that the request should be granted.

    **IT IS ORDERED** that defendants' Motion to Stay Discovery (Doc. 19) is granted. Discovery, including the obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f), is stayed pending the court's ruling on the parties' pending motions. The December 15, 2009 reporting deadline is vacated and will be reset, if necessary, by further order.

    **DATED December 9, 2008.**

                                                      **BY THE COURT:**

                                                      **s/ F.A. Gossett**
                                                      **United States Magistrate Judge**