UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

---

| | |
|---|---|
| ROMEO ENTERTAINMENT GROUP, INC., A Nebraska Corporation, | |
| Plaintiff, | Civil Action No. 08-cv-00481-LSC |
| v. | |
| SHOWING ANIMALS RESPECT AND KINDNESS, INC., d/b/a SHARK, an Illinois Corporation; and DOES 1-10, inclusive, | State Court Reference No. 1088 No. 008 |
| Defendants. | |

---

## ORDER

This matter came before the Court upon a Joint Motion for an Enlargement of Time filed by both parties seeking to enlarge (i) plaintiff's time to respond to defendant's motion to dismiss for lack of jurisdiction until January 15, 2009, and (ii) defendant's time to respond to plaintiff's motion to remand until January 7, 2009. The Court, having been fully apprised as to the circumstances of said Motion, hereby finds that it should be granted.

IT IS ORDERED that the motion [21] is granted. Plaintiff has until January 15, 2009, to respond to defendant's motion to dismiss for lack of personal jurisdiction [16] and defendant has until January 7, 2009, to respond to plaintiff's motion to remand [14].

DATED December 12, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge